EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EVGENY BRASLAVSKY, VASILY
CHENOBYLSKY on behalf of
themselves individually and all others similarly
situated persons,

           Plaintiffs

-against-

GARAGE AMBULETTE SERVICE, INC. D/B/A
NYC METRO CARE, and GARY MISELEVICH,

           Defendants

Civil Action No.: 13 Civ. 7255

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
      April 2, 2014

Lazzaro Law Firm P.C.

By: Roger B. Greenberg, Esq.
Attorneys for Defendants
360 Court Street, Suite 3
Brooklyn, New York 11231
Tel: (718)488-1900

HARRISON, HARRISON & ASSOC., LTD.

By: David Harrison, Esq..
Attorneys for Plaintiffs
110 Highway 35, 2nd Floor
Red Bank, NJ 07701
Tel: 718-799-9111

So ordered:

/s/ ERK
USDJ
4/4/14